UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 4 2023

Nathan Ochsner
Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **v.** | § | **CRIMINAL NO.** B-23-206 |
| **ROBERTO LUGARDO MORENO, JR.** | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 17, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ROBERTO LUGARDO MORENO, JR.,**

in connection with the acquisition of a firearm, namely a Diamondback Arms, Inc., semi-automatic pistol, model DB-15, 5.56 caliber, serial number DB1594494, from Cash America Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement intended and likely to deceive Cash America Pawn, as to a fact material to the lawfulness of the acquisition of the firearm by Defendant under Chapter 44 of Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, in which he falsely represented that he was the actual buyer of the firearm indicated on the Form 4473, when in fact, as Defendant then knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT TWO

On or about October 17, 2019, within the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**ROBERTO LUGARDO MORENO, JR.,**

did willfully and knowingly export and send merchandise, to wit: a Diamondback Arms, Inc., semi-automatic pistol, model DB-15, 5.56 caliber, serial number DB1594494, from the United States, contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819 and Title 22, United States Code Section 2778(b)(2).

In violation of Title 18, United States Code, Section 554 and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any of the offenses set forth in this Indictment, Defendant,

**ROBERTO LUGARDO MORENO, JR.,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all property involved in, used, or intended to be used in the commission of such offense, including, but not limited to, the following:

1. One (1) Diamondback Arms, Inc., semi-automatic pistol, model DB-15, 5.56 caliber, serial number DB1594494.

### Money Judgment

In the event of conviction, the United States may seek a money judgment.

### Substitute Property

If any of the property described above, as a result of any act or omission of Defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 843(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*(signature)* For:
EDGARDO J. RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY